

Gina M. DeCrescenzo

**ASSOCIATES**

Benjamin Brown

Richard F. Corrao

**OF COUNSEL**

Benjamin J. Hinerfeld*

Catherine Merino Reisman**

*ALSO ADMITTED IN NJ, DE, PA, NC & MA

**ALSO ADMITTED IN NJ & PA

**PARALEGAL**

Charlie Lolis

November 12, 2018

*VIA ECF*
Honorable Janet C. Hall
United States District Court
District of Connecticut
Richard C. Lee
United States Courthouse
141 Church Street
New Haven, Connecticut 06510

**Re:**   *T.J. v. Mount Vernon City School District, et al.*
**Docket No.: 17 CV 9592 (JCH)**

Dear Judge Hall,

My firm, along with the Marsh Law Firm and the Law Office of Benjamin J. Hinerfeld, represents T.J. on behalf of her minor son, B.W. ("Plaintiff"), in this matter.

On October 22, 2019, the Court granted the Parties' Joint Motion to Extend Filing Deadline, permitting Plaintiffs additional time to file a second amended complaint. ECF No. 54.

We write to notify the Court that, after careful consideration, Plaintiff will not file a second amended complaint. In light of the Court's September 30, 2019 Ruling on Defendants' Motion to Dismiss (ECF No. 52), which allows claims to proceed under Title IX, the 14th Amendment (§1983), negligent infliction of emotional distress and negligent supervision, Plaintiff wishes to proceed to trial on these claims without further delay.

Plaintiff respectfully requests that the Court, at its earliest convenience, convene a conference to set a discovery and trial schedule.

The Honorable Janet C. Hall  
*T.J. v. Mount Vernon City School District, et al.*  
Docket No.: 17 CV 9592 (JCH)

Respectfully submitted,

Gina M. DeCrescenzo

CC: Gerald S. Smith, Esq. (via ECF)
Silverman & Associates
445 Hamilton Ave, Ste. 1102
White Plains, New York 10601