**SILVERMAN** | ATTORNEYS
**&ASSOCIATES** | AT LAW

MEMO ENDOR.

January 2, 2020

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

> Re:   *T.J. v. Mount Vernon City School District, et al.*
> Docket No.: 17 CV 9592 (KMK)
> Our File No.: 5001.440

Dear Judge Karas:

We represent the Defendants in this matter and are writing, with the consent of Plaintiffs' Counsel, to request that the conference scheduled for January 16th at 11:30 be adjourned. The reason for this request is a conflict for Defense Counsel due to a previously scheduled deposition in another matter that is taking place that day in Long Island. We have conferred with Plaintiffs' Counsel and the parties are available on January 27th and February 10th.

Thank You for Your attention to this matter.

Granted.
The conference is moved
to 1/27/20 at 11:45 an.
So Ordered.

1/6/20

Respectfully Submitted,

**SILVERMAN & ASSOCIATES**

Gerald S. Smith

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com

*T.J. v. Mount Vernon CSD*
*Our File No.: 5001.440*
*January 2, 2020*
*Page 2*

CC:     Gina M. Decrescenzo, Esq.
         GINA DECRESENZO, P.C.
         *Attorneys for Plaintiffs*
         180 South Broadway, Suite 202
         White Plains, NY 10605

         James R. Marsh, Esq.
         MARSH LAW FIRM PLLC
         *Attorneys for Plaintiffs*
         151 East Post Road, Suite 102
         White Plains, NY 10601

         Benjamin J. Hinerfeld, Esq.
         LAW OFFICE OF BENJAMIN J. HINERFELD
         *Attorneys for Plaintiffs*
         1528 Walnut Street, Suite 1100
         Philadelphia, PA 19103

**SILVERMAN** | ATTORNEYS
**&ASSOCIATES** | AT LAW